

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6237
Kevin.Schiff@usdoj.gov
*Attorneys for the United States*



FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
MAR 27 2019
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, Plaintiff, vs. Samuel John Collinsworth, Defendant. | 2:19-cr-00052-APG-VCF<br><br>**Unopposed Motion to Unseal Case and Proposed Order** |

The United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, respectfully moves this Court unseal the criminal case captioned above in its entirety. The Defendant has been arraigned and is currently in federal custody. It appears that at that arraignment, the parties neglected to move to unseal this matter.

Attorney for the Defendant, Paul Riddle, Assistant Federal Public Defender, has been consulted regarding this motion and has no opposition.

DATED this 27 day of March, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kevin D. Schiff
Kevin D. Schiff
Assistant United States Attorney

### Certificate of Service

I, Kevin Schiff, certify that Counsel for the defendant was served with a copy of this Motion to Unseal on this date by the below identified method of service: Email

DATED: March 27, 2019

_____
Kevin D. Schiff
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

vs.

Samuel John Collinsworth,

    Defendant.

2:19-cr-00052-APG-VCF

**Order to Unseal**

Based on upon the Government's Motion to Unseal, and the agreement of the Defendant as to that Motion, the Court finds that it is appropriate the above captioned matter be unsealed in its entirety.

IT IS SO ORDERED:

_____ Cam Ferenbach
~~ANDREW P. GORDON~~
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate

DATED: April 2, 2019