RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Samuel Collinsworth

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL COLLINSWORTH,<br><br>Defendant. | Case No. 2:19-cr-00052-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Samuel Collinsworth, that the Sentencing Hearing currently scheduled on May 26, 2021 at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Collinsworth would like to appear in-person for the sentencing hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the Sentencing Hearing.

DATED this 21st day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By *Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By *Edward J. Veronda*<br>EDWARD J. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL COLLINSWORTH,<br><br>    Defendant. | Case No. 2:19-cr-00052-APG-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Wednesday, May 26, 2021 at 1:00 p.m., be vacated and continued to July 22, 2021 at the hour of 3:00 p.m., in courtroom 6C; or to a time and date convenient to the court.

DATED this 26th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE