# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br>SAMUEL JOHN COLLINSWORTH,<br><br>　　　　Defendant. | Case No. 2:19-cr-00052-APG-VCF<br><br>**Order Denying Motion for Transcript**<br><br>[ECF No. 60] |

　　　　Defendant Samual Collinsworth sent a letter to the clerk (which I will treat as a motion) requesting a transcript of his sentencing hearing. ECF No. 60.  Collinsworth is represented in this case by the Federal Public Defender's Office.  Local Rule IA 11-6(a) provides:

> Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

Thus, Collinsworth is not allowed to file motions on his own.  His attorney must do so.

　　　　I THEREFORE ORDER that the defendant's motion for a transcript of his sentencing hearing **(ECF No. 60) is denied without prejudice**.

　　　　DATED THIS 31st day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE