# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>SAMUEL JOHN COLLINSWORTH,<br><br>　　　　Defendant. | Case No. 2:19-cr-00052-APG-VCF<br><br>**Order Denying Second Motion for Transcript**<br><br>[ECF No. 62] |

　　　I previously denied defendant Samuel Collinsworth's request for a transcript of his sentencing hearing because he is represented by counsel and is thus not permitted to file his own motions. ECF No. 61. Collinsworth has filed another motion requesting the same copy. As stated in my prior order, Local Rule IA 11-6(a) provides:

> Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

Thus, Collinsworth is not allowed to file motions on his own.  His attorney must do so. Collinsworth should contact his prior counsel for assistance.

　　　I THEREFORE ORDER that the defendant's second motion for a transcript of his sentencing hearing **(ECF No. 62) is denied without prejudice**.

　　　DATED THIS 12th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE